IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGIRETTES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1773 (RGA) |
| | ) |
| BALLANTYNE BRANDS, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP            ABRAMS & BAYLISS LLP

*/s/ Jack B. Blumenfeld*                                              */s/ John M. Seaman*

Jack B. Blumenfeld (#1014)                                   John M. Seaman (#3868)
Jeremy A. Tigan (#5239)                                       Daniel J. McBride (#6305)
1201 N. Market Street                                            20 Montchanin Road, Suite 200
P.O. Box 1347                                                          Wilmington, DE 19807
Wilmington, DE 19899-1347                                 (302) 778-1000
(302) 658-9200                                                        seaman@abramsbayliss.com
jblumenfeld@mnat.com                                         mcbride@abramsbayliss.com
jtigan@mnat.com

                                                                                                          *Attorneys for Ballantyne Brands, LLC*

    *Attorneys for Digirettes, Inc.*


SO ORDERED this ___ day of July 2018.

_____
                                      UNITED STATES DISTRICT JUDGE